Exhibit A to the Complaint

**Location:** Folsom, CA  
**Total Works Infringed:** 86  
**IP Address:** 98.252.117.71  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 10/13/2018 03:11:01 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/12/2017 19:49:08 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 01B8C563D27BC967C2ECCC1EB54F98FF1B10ED3B | Vixen | 12/01/2017 09:48:46 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 4 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | Blacked | 09/03/2018 01:04:17 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 5 | 0430F254E5EEA53B1AB07F2DA6E891E6B73C1D60 | Blacked | 08/29/2018 12:10:08 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 6 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/07/2017 01:40:34 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 7 | 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687 | Vixen | 09/01/2018 21:36:33 | 09/01/2018 | 11/01/2018 | 17094105581 |
| 8 | 12405EF8C34C23A19BC7E7618EB2CA14B9E88E98 | Blacked | 06/05/2018 02:46:38 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 9 | 14D2C680AA1DD5543C0413431AA079A985B0DC73 | Blacked | 10/03/2017 12:41:06 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 10 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/06/2017 03:07:46 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 11 | 1A1CA004C58E86F2113AD02995E1387B4A025D32 | Blacked | 05/16/2017 13:27:18 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 12 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 08/17/2017 23:42:08 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 13 | 1B6B000895E6AF68FA1C71417E61A9E9C34EBC71 | Vixen | 09/22/2017 12:32:06 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 14 | 1D4049513062B062CD16BC94DD23B350354A4D2C | Blacked Raw | 01/28/2018 02:19:18 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 15 | 1D8C99B00AD138010A90E2C90CAF50FD026C7A08 | Blacked | 10/18/2018 00:04:06 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 16 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/13/2018 17:48:01 | 05/12/2018 | 05/24/2018 | PA0002101380 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 1F0A40D9931A60C7401070BBD73D17A7353F0E7D | Blacked Raw | 08/16/2018 12:16:41 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 18 | 214C51BE2305FC9B3F57519D66B2335FCAAB0639 | Blacked | 10/12/2017 23:15:24 | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 19 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/09/2018 01:01:30 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 20 | 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF | Vixen | 07/20/2017 22:59:26 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 21 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/27/2017 23:02:23 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 22 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | Vixen | 05/30/2018 12:20:06 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 23 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 03/02/2018 20:37:25 | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 24 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 05/10/2017 23:51:04 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 25 | 2D1FCBEA35DB18BEF743A054923C27AA58964B62 | Blacked Raw | 09/26/2018 16:23:34 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 26 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | Blacked | 02/10/2018 02:05:37 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 27 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/27/2017 00:55:04 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 28 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/25/2017 23:26:11 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 29 | 39D918885AB9C5AE972EEE4107671FF639BD082D | Vixen | 12/21/2017 14:05:17 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 30 | 3A537EE9DB3C9D1CC034969BB99F0D20491724A2 | Blacked Raw | 06/03/2018 23:23:49 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 31 | 3BF616A8556DA6801124C26EA864439649D28569 | Vixen | 08/18/2018 00:35:15 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 32 | 3F58ED2155E101D7F8772744DCDFA37CCD198D1F | Blacked | 07/04/2017 18:03:34 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 33 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | Blacked Raw | 03/30/2018 03:15:23 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 34 | 44BBE94637EA1DEE53456986B8D560425E976D22 | Blacked Raw | 12/10/2017 01:08:34 | 12/08/2017 | 01/02/2018 | PA0002097423 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | Blacked | 07/25/2018 04:06:26 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 36 | 46657A0D537BDE2011466635C4942788C9B3C075 | Vixen | 02/14/2018 19:35:04 | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 37 | 4689249A5D12C31015EA7C3C164CE81837E22CA4 | Blacked | 01/05/2018 13:28:26 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 38 | 46C33809F29D369890E47CA507558A0C95D4D4B3 | Blacked | 10/07/2018 22:31:32 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 39 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 08/14/2018 00:23:02 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 40 | 5B1F17D1471204648826D120F6E497D42524C839 | Vixen | 05/05/2018 18:58:33 | 05/04/2018 | 06/19/2018 | PA0002126680 |
| 41 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 08/18/2018 23:10:56 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 42 | 63876CBD7B65C348BB652697943B9335C4270267 | Blacked | 08/14/2017 00:49:47 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 43 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | Blacked | 04/21/2018 00:51:19 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 44 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/17/2017 00:05:05 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 45 | 6D569BF3342AE682C0689765BFF4D2B7AE182895 | Blacked | 01/06/2018 16:35:13 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 46 | 728E744757CA66283ECF308C708826DD2844A11D | Blacked | 12/13/2017 00:02:29 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 47 | 785A6EA8AC73F22172110D99507392A6C6916D7B | Vixen | 10/03/2018 00:15:12 | 10/01/2018 | 11/01/2018 | 17094105431 |
| 48 | 7A1551B9C87003EB6002EC500FBE59AAF1A921E3 | Vixen | 04/25/2018 12:20:34 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 49 | 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5 | Blacked | 05/05/2018 21:54:21 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 50 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 05/25/2017 12:32:20 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 51 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 04/12/2018 03:50:28 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 52 | 8D59D2FF399FEF64B7DF0A0C5CE0A2FB593DAC6B | Blacked | 04/26/2018 22:48:13 | 04/25/2018 | 06/19/2018 | PA0002126642 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 93FB91F43646197FD1C2BA440F2683DA383EDB35 | Blacked | 02/15/2018 05:26:03 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 54 | 951316BFFDA9FA845F58D89226446C5A123F6FA7 | Vixen | 03/27/2018 02:29:59 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 55 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 11/14/2017 04:00:57 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 56 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | Blacked Raw | 04/13/2018 13:36:13 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 57 | 9C5692861D423AECA35DE801C01A8521E6478D8B | Blacked | 08/23/2017 22:59:06 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 58 | A1A56A2B98ABF91CD9C6DAEB2EA4DF592C17CA31 | Blacked | 09/23/2018 00:14:46 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 59 | A557EDF2332885E53217D1CE69239C6C4FDCEBD1 | Vixen | 06/30/2018 17:05:40 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 60 | A5E505EFBC4DBA0B9AFD15CD2DD8D6285BF834B8 | Blacked Raw | 09/20/2018 14:06:25 | 09/19/2018 | 11/01/2018 | 17093752155 |
| 61 | A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10 | Blacked Raw | 05/26/2018 03:31:27 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 62 | A86E36BB7686CC74980BDF6A7CE08543A16711B9 | Vixen | 06/05/2018 02:42:21 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 63 | A9B46988134E77D5A58CEBF84C1C5E86D634DE84 | Blacked Raw | 04/23/2018 04:37:50 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 64 | A9F7E44587E29387C44E06F7CD8D33FBDD3A7759 | Blacked | 08/23/2017 22:48:41 | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 65 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/20/2017 13:49:12 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 66 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/27/2017 22:58:39 | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 67 | B1175F1372648DE81684C06975EBCC841609C237 | Blacked | 10/03/2018 00:15:00 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 68 | B12B67AFC920BEBDB95BAF1C8800D289749BC677 | Blacked | 10/17/2017 23:03:07 | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 69 | B495BA1758150C87F9965ED9A8134E78CD95F4F5 | Vixen | 10/21/2017 21:28:21 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 70 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 12/29/2017 00:17:40 | 12/28/2017 | 01/24/2018 | PA0002101763 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | C107588A00810F57F076C5926BF6D8624E4BCAD1 | Blacked | 08/26/2018 06:49:24 | 08/23/2018 | 11/01/2018 | 17093718181 |
| 72 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | Blacked Raw | 09/30/2018 01:50:55 | 09/29/2018 | 11/01/2018 | 17093717843 |
| 73 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 07/17/2018 04:20:02 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 74 | C8C78AD7773A47988FCA33968ABCF399D9E5ACB8 | Tushy | 09/15/2018 17:20:11 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 75 | D8D7AA43D1F211B5C0E6AB6C3FA34FB34CB16036 | Blacked Raw | 06/24/2018 16:09:48 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 76 | DB8012F6AF7296B11055F2924093C3E377C33101 | Blacked | 08/11/2018 16:12:56 | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 77 | DE00285CDC5F2F3A2D02D98133147476F144C14D | Vixen | 07/09/2018 04:38:29 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 78 | E0805C7C54BD9B9777F151B670B78A4D50290951 | Blacked | 05/11/2018 02:16:51 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 79 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/04/2018 15:15:25 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 80 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/23/2017 02:07:14 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 81 | F2639A638A25E8EAC267F77A6AD6BE9662097B03 | Blacked | 11/06/2017 02:33:42 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 82 | F8A17CCF4AD4DCCAAD4EA61A0E35930CA2FCC3AF | Blacked | 07/14/2017 19:55:12 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 83 | F968B8F2FF6553844973217A1AEA0168A29B1092 | Vixen | 10/28/2017 14:38:29 | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 84 | FDB35FD1D593EA3651D99CE9F9A8DB29C305F6DF | Blacked | 05/06/2018 01:27:28 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 85 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/04/2018 23:57:17 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 86 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 08/09/2018 03:30:44 | 08/07/2018 | 09/05/2018 | PA0002135684 |